# Court of Appeals
# of the State of Georgia

ATLANTA,  June 04, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1678.  ERIN MCALISTER v. WENDI CLIFTON.**

Wendi Clifton, the defendant in the contract case below, filed a direct appeal from the trial court's order granting the plaintiff Erin McAlister's motions for directed verdict and judgment.  See Case No. A18A1422.  McAlister filed a cross-appeal, challenging the trial court's denial of OCGA § 13-6-11 attorney fees.  See Case No. A18A1423.  However, due to a clerical error, a second appeal, identical to the cross-appeal, was docketed as this Case No. A18A1678.  Because the instant appeal is duplicative of the cross-appeal, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/04/2018*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*